In the Matter of WONG WAH YEW et al., on Behalf of Themselves and Other Stockholders of MUN HEY PUBLISHING Co., INC., Respondents, against MUN HEY PUBLISHING Co., INC., Appellant.

Argued October 5, 1937; decided October 19, 1937.

*Joseph K. Guerin* and *Saul S. Myers* for appellant.

*Louis J. Naftalison* and *Joseph A. Sarafite* for respondents.

Orders reversed and motion denied, with costs in all courts, on the ground that the papers show a denial of jurisdictional facts which requires the denial of the motion for a peremptory order of mandamus. (See *Matter of Durr* v. *Paragon Trading Corp.*, 270 N. Y. 464.) No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.